**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Elie Antoine ELDIB, Defendant— Appellant.**

**No. 08–50525.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 14, 2010.

Filed Jan. 27, 2010.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Susan Dewitt, Esquire, Michael J. Raphael, Esquire, Assistant U.S., Yvonne L. Garcia, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff– Appellee.

Richard A. Levy, Esquire, Torrance, CA, for Defendant–Appellant.

Before: GOODWIN, SCHROEDER and FISHER, Circuit Judges.

MEMORANDUM *

Elie Antoine Eldib appeals from his conviction and sentence after a bench trial on various counts associated with his participation in an identity theft ring. The record does not establish that Eldib made an

adequate and timely request for substitution of counsel. In any event, Eldib later stated on the record that he was satisfied with his counsel's representation in response to the district court's questioning. Therefore, the district court did not abuse its discretion by denying Eldib substitute counsel. *See United States v. Musa,* 220 F.3d 1096, 1102 (9th Cir.2000).

**AFFIRMED.**